PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Andrew Thomas Dahmen | Docket No.: 2:12CR00082 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Date of Original Sentence: | June 5, 2013 | |
| Original Offense: | Possession of Child Pornography | |
| Original Sentence: | 97 months of imprisonment; 180 months of supervised release | |
| Special conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Polygraph Examination, No Contact with Minors, No Possession of Child Pornographic Materials, Computer Search, Computer/Internet Restrictions, Search/Seizure, Forfeiture, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: December 13, 2018 |
| Prior Court History: | None | |

### PETITIONING THE COURT

The offender has not complied with the following condition(s) of supervision:

The defendant shall participate in a mental health and/or sex offender treatment program, approved by the probation officer, until such time as the defendant is released from the program by the Court. The defendant shall abide by all program rules, requirements, and conditions of the sex offender treatment program, including submission to polygraph testing; said testing shall continue throughout the term of supervision in order to monitor and ensure compliance with the conditions of supervision. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The Probation Office is authorized to release the defendant's presentence report to the treatment provider if so requested.

Except for brief, unanticipated, and incidental contacts, the defendant shall not associate with children under the age of 18 except for family members or children in the presence of an adult who has been approved by the probation officer.

☐ To extend the term of supervision for years, for a total term of years.
☒ To modify the conditions of supervision as follows:

The offender shall be placed at Renewal, Inc. for a period of 120 days. While at Renewal, the offender shall participate in any treatment or workforce development programs as directed and shall abide by all rules of the facility. The offender's subsistence fee is waived.

### CAUSE

During a meeting with the defendant, his counselor and the undersigned officer on June 24, 2019, the defendant admitted to having unsupervised contact with a coworker. He reported that this contact happened on two occasions, after work hours. On June 25, 2019,

Offender: Andrew Thomas Dahmen
Docket No.: 2:12CR00082
Page 2

he reported that he had unauthorized contact with his girlfriend's minor siblings. Additionally, the results of a polygraph examination taken on August 1, 2019, indicated that the defendant attempted to use countermeasures to defeat the polygraph examination.

Because of the aforementioned, the undersigned officer respectfully recommends that Your Honor modify the defendant's conditions as noted above. The defendant signed the attached Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
Michael Howard
2019.08.29
14:57:58 -04'00'

Michael Howard
U.S. Probation Officer Specialist

Approved By: _____
Alexis L. Zellefrow
2019.08.29 11:16:10 -04'00'

Alexis Zellefrow
Supervisory U.S. Probation Officer

Date: 8/29/2019

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☒ The Modification of conditions as noted above
☐ Other

_____
Marilyn J. Horan
United States District Judge

August 30, 2019
Date