PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Summons for Offender

| | | |
|---|---|---|
| Offender: | Andrew Thomas Dahmen | Docket No.: 2:12CR00082 |
| Sentencing Judge: | Gustave Diamond, Senior United States District Judge | |
| Presiding Judge: | Marilyn J. Horan, United States District Judge | |
| Date of Original Sentence: | June 5, 2013 | |
| Original Offense: | Activities Relating to Material Constituting or Containing Child Pornography | |
| Original Sentence: | 97 months of imprisonment; 180 months of supervised release | |
| Special Conditions: | Special Assessment, Sex Offender Registration, Sex Offender Treatment, Substance Abuse Testing, Drug Treatment, Mental Health Treatment, Polygraph Examination, No Contact with Minors, No Possession of Child Pornographic Materials, Computer Search, Computer/Internet Restrictions, Search/Seizure, Forfeiture, Computer Monitoring Software, Computer Search Warning to Others, Computer Search for Monitoring Software, Reentry Center-Full-Time | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: December 13, 2018 |
| Prior Court History: | 08/30/2019: Modification of Conditions | |
| | 02/04/2020: Report on Offender | |

## PETITIONING THE COURT

☑ To Issue a Warrant
    Petition and Warrant sealed until arrest
☐ To Issue a Summons
    Petition and summons sealed until service of summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1 | **Mandatory Condition #1**, which states, *"The defendant shall not commit another federal, state, or local crime."* |
| 2 | **Additional Supervised Release Term #5**, which states, *"Except for brief, unanticipated, and incidental contacts, the defendant shall not associate with children under the age of 18 except for family members of children in the presence of an adult who has been approved by the probation officer."* |
| 3 | **Additional Supervised Release Term #9**, which states, *"The defendant is permitted to possess or use a computer and is allowed access to the Internet.  However, the defendant is not permitted to use a computer, or other electronic communication or data storage devices, including a cell phone, to access child pornography or to communicate with any individual or group for the purpose of promoting sexual relations with children. The defendant shall consent to the installation of any hardware or software to monitor any* |

Offender: Andrew Thomas Dahmen
Docket No.: 2:12CR00082
Page 2

*computer, or other electronic communication or data storage devices used by the defendant to confirm compliance with this condition. The defendant shall pay the monitoring costs as directed by the probation or pretrial services officer.  Furthermore, the defendant shall consent to periodic unannounced examinations by the probation or pretrial services officer of any computers, cell phones, or other electronic communication or data storage devices that the defendant has access to, to confirm compliance with this condition. Additionally, the defendant shall consent to the seizure and removal of hardware and data storage media for further analysis by the probation or pretrial services officer, based upon reasonable suspicion of a violation of the conditions imposed in this case, or based upon reasonable suspicion of unlawful conduct by the defendant.  Failure to submit to the monitoring or search of computers and other electronic communication or data storage devices used by the defendant may be grounds for revocation."*

## NATURE OF NONCOMPLIANCE

On March 28, 2022, Probation Officer Joseph McCormick reviewed the monitoring software and observed potential child exploitation material and communication with minors. Specifically on March 24, 2022, Mr. Dahmen communicated with an alleged minor who self-reported that they were sixteen years old on the mobile phone application Snapchat. Mr. Dahmen and the minor sent each other pictures of their genitalia on Snapchat. On two other occasions, Mr. Dahmen also sent messages to alleged minors who self-reported that they were sixteen years old on the website Reddit. On March 29, 2022, Probation Officers Joseph McCormick and Timothy Lentz seized Mr. Dahmen's monitored devices. The monitored devices are awaiting further examination for evidence of possession of child exploitation material.

### U.S. Probation Officer Recommendation

☑ The term of supervised release should be
   ☑ revoked
   ☐ extended

The United States Probation Office has implemented measures to mitigate Mr. Dahmen's deviant behaviors. He is enrolled in sex offender treatment and failed to implement the program in his life. His internet use is monitored, and he viewed potential child exploitation material.

Mr. Dahmen has shown his disregard for the law and Court ordered conditions by accessing the internet to exploit minors and reverting to similar criminal conduct as his instant offense.  Due to Mr. Dahmen's high risk behavior and recent conduct, it is respectfully recommended that a warrant be issued.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                                    Date

By _____
                            Joseph McCormick
                            U.S. Probation Officer

Approved By: _____
                            Nick Capaccio
                            Supervisory U.S. Probation Officer

Offender: Andrew Thomas Dahmen
Docket No.: 2:12CR00082
Page 3

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

      ☐ No Bond is set

      ☐ Bond is set at _____

      ☐ Bond is at the discretion of the Magistrate Judge

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.  The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

 

_____

Marilyn Horan, United States District Judge

 

_____

Date